UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                           CASE NO.  16-10527-TMD

DAVID MICHAEL PEHRSON
CAROLYN SONJA PEHRSON

DEBTORS                                     CHAPTER 13

**TRUSTEE'S OBJECTION TO THE UNSECURED CLAIM
OF MOOG EMPLOYEES FCU (CLAIM NO. 2-1 PER
PACER)**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within twenty-one (21) days from the date of service, no hearing will be held and the relief requested in the motion will be granted without a hearing being held. A timely response is necessary for a hearing to be held.**

TO THE HONORABLE TONY M. DAVIS, U. S. BANKRUPTCY JUDGE:

      COMES NOW Deborah B. Langehennig, the Chapter 13 Trustee ("Trustee") in the above referenced case, and files her *Objection to the Unsecured Claim of MOOG EMPLOYEES FCU (Claim No. 2-1 per PACER),* and would respectfully show the Court as follows:

I.

      On May 9, 2016, MOOG EMPLOYEES FCU ("Claimant"), filed its unsecured claim, claim no. 2-1 per PACER, in this case in the amount of $6,844.33.

II.

      The Trustee requests a statement showing the date of the last payment on the account. *See* Fed. R. Bankr. P. 3001(c)(3)(iv).

      The Trustee requests a statement showing current amount due.

WHEREFORE, PREMISES CONSIDERED, Trustee prays for an Order granting the Objection to the Proof of Claim of MOOG EMPLOYEES FCU, Claim No.2-1 per PACER, that the creditor be allowed twenty-one (21) days to amend its Proof of Claim and provide required documentation, that should MOOG EMPLOYEES FCU fail to amend its Proof of Claim within twenty-one (21) days of the entry of this Order, then the claim of the creditor shall be disallowed, and that the Court grant the Chapter 13 Trustee such other, additional and further relief to which she may be justly entitled.

Respectfully submitted,

/s/ Deborah B. Langehennig

Deborah B. Langehennig
6201 Guadalupe Street
Austin, TX 78752

*Proposed order attached as exhibit

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: CASE NO. 16-10527-TMD

DAVID MICHAEL PEHRSON
CAROLYN SONJA PEHRSON
DEBTORS CHAPTER 13

    I, Deborah B. Langehennig, certify that a true and correct copy of the Chapter 13 Trustee's Objection to Proof of Claim has been mailed by US Mail (unless otherwise noted below) to the Debtors, the Debtors' Attorney of Record, and all creditors at the addresses listed below on or about June 8, 2016.

DAVID MICHAEL PEHRSON
CAROLYN SONJA PEHRSON
6500 CHAMPION GRANDVIEW
WAY #8212
AUSTIN, TX 78750

CHRISTY B CHRISTOPHER
PO BOX 9984
AUSTIN, TX 78766
(SERVED ELECTRONICALLY)

MOOG EMPLOYEES FCU
7181 SENECA ST
EAST AURORA, NY 14052-0018

U.S. TRUSTEE
903 SAN JACINTO, SUITE 230
AUSTIN, TX 78701
(SERVED ELECTRONICALLY)

Respectfully submitted,

/s/ Deborah B. Langehennig

Deborah B. Langehennig
6201 Guadalupe Street
Austin, TX 78752

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: CASE NO. 16-10527-TMD
**DAVID MICHAEL PEHRSON**
**CAROLYN SONJA PEHRSON**

### ORDER GRANTING TRUSTEE'S OBJECTION TO THE UNSECURED CLAIM OF MOOG EMPLOYEES FCU (CLAIM NO. 2-1 PER PACER)

Came on to be considered by the Court in the above-captioned and numbered bankruptcy proceeding the *Trustee's Objection to the Unsecured Claim of MOOG EMPLOYEES FCU (Claim no. 2-1 per PACER)* filed herein by Deborah B. Langehennig, Chapter 13 Trustee. The Court, having reviewed the *Objection*, has determined that the *Objection* should be, and hereby is, GRANTED.

IT IS THEREFOR, ORDERED that the *Trustee's Objection to the Unsecured Claim ofMOOG EMPLOYEES FCU (Claim no. 2-1 per PACER)* is hereby **GRANTED**.

IT IS FURTHER ORDERED that MOOG EMPLOYEES FCU is hereby granted twenty-one (21) days from the date of the entry of this *Order* to amend its proof of claim and provide required documentation of the claim.

IT IS FURTHER ORDERED that if no amended proof of claim is filed by MOOG EMPLOYEES FCU within twenty-one (21) days from the date of this *Order*, the proof of claim of MOOG EMPLOYEES FCU *(Claim no. 2-1* per PACER) shall be disallowed.

IT IS FURTHER ORDERED that a copy of this order will be served by the clerk's office upon the claimant,MOOG EMPLOYEES FCU, 7181 SENECA ST, EAST AURORA, NY 14052-0018.

###

ORDER PREPARED BY:

Deborah B. Langehennig
6201 Guadalupe Street
Austin, TX 78752