

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 28, 2016.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:                                                                         CASE NO. 16-10527-TMD
DAVID MICHAEL PEHRSON
CAROLYN SONJA PEHRSON

DEBTOR (S)                                                                CHAPTER 13

### ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN WITH CONDITIONS

Came on to be heard on July 12th, 2016, in Austin, Texas, the Confirmation Hearing for the above-referenced case, at which, Deborah B. Langehennig, Chapter 13 Trustee, appeared in person.

**The Court finds that Confirmation of the Chapter 13 Plan filed on May 13, 2016 is DENIED.**

**The Court also finds that the Debtors' attorney shall have ten (10) days from the date of this hearing to notify the Trustee whether the Debtors will be going forward on the Chapter 13 Plan filed on July 7, 2016; or if the Debtors will be amending the Chapter 13 Plan. If the Debtors are to amend the Chapter 13 Plan, the Debtors shall have thirty (30) days from the date of this hearing to file an Amended Chapter 13 Plan.**

It is therefore **ORDERED, ADJUDGED and DECREED** that Confirmation of the Chapter 13 plan filed on May 13, 2016 is **DENIED** subject to the findings above.

It is further **ORDERED, ADJUDGED and DECREED** that the Debtors' attorney shall have ten (10) days from the date of this hearing to notify the Trustee whether the Debtors will be going forward on the Chapter 13 Plan filed on July 7, 2016;

or if the Debtors will be amending the Chapter 13 Plan. If the Debtors are to amend the Chapter 13 Plan, the Debtors shall have thirty (30) days from the date of this hearing to file an Amended Chapter 13 Plan.

###

ORDER PREPARED BY:

Deborah B. Langehennig
6201 Guadalupe Street
Austin, TX 78752
(512) 912-0305
www.ch13austin.com