IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 16-10527-TMD |
| DAVID MICHAEL PEHRSON § | | |
| CAROLYN SONJA PEHRSON § | | |
| § | | |
| DEBTORS § | | CHAPTER 13 |

### DEBTORS' MOTION FOR VOLUNTARY DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME DAVID MICHAEL PEHRSON AND CAROLYN SONJA PEHRSON, "Debtors" herein, and file this Motion for Voluntary Dismissal of their case and show unto the Court:

I.

Debtors filed a voluntary petition under Chapter 13 on or about May 1, 2016. This case has not been previously converted from another chapter of Title 11. Debtors no longer want the relief afforded by this Chapter 13 case.

II.

Pursuant to FRBP 1017 and Local Rule 1017(a), Debtors dismiss this case by filing this Notice and service upon all parties listed in the certificate contained herein below.

Respectfully submitted,

/s/ Christy B. Christopher

_____
Christy B. Christopher
Attorney for Debtors
State Bar No. 04237850
PO Box 9984
Austin, TX 78766
512-436-2069 / 512-645-0715 (fax)
christy@christychristopherlaw.com

Dated: August 1, 2016

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served on this 2nd day of August, 2016, by U.S. mail, postage prepaid, upon the following:

Deborah B. Langehennig, Ch. 13 Trustee
3801 Capital of Texas Hwy S., Ste. 320
Austin, TX 78704
*(served electronically)*

United States Trustee
903 San Jacinto, Rm. 230
Austin, TX 78701
*(served electronically)*

David and Carolyn Pehrson
6500 Champion Grandview Way #8212
Austin, TX 78750

***All creditors listed on the attached matrix.***

Respectfully submitted,

/s/ Christy B. Christopher
Christy B. Christopher
Attorney for Debtors